UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN F. SULLIVAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-685 |
| ) | |
| CENTRAL INTELLIGENCE AGENCY ) | |
| et al. ) | |
| Defendants. ) | |

**NOTICE OF FILING**

   Plaintiff John F. Sullivan, by and through his undersigned attorneys, hereby files a copy of counsel's letter dated April 4, 2007, sent to the Office of General Counsel, Central Intelligence Agency.

Date:   April 19, 2007

                                                                Respectfully submitted,

                                                                /s/

                                                                _____
                                                                Mark S. Zaid, Esq.
                                                                DC Bar #440532
                                                                Mark S. Zaid, P.C.
                                                                1920 N Street, N.W.
                                                                Suite 300
                                                                Washington, D.C. 20006
                                                               (202) 454-2809
                                                               ZaidMS@aol.com

Of Counsel:
Alan J. Cilman, Esq.
Virginia State Bar #13066
4160 Chain Bridge Road
Fairfax, Virginia 22030
(703) 385-7300

# MARK S. ZAID, P.C.
Attorney-At-Law

1920 N STREET, N.W.
SUITE 300
WASHINGTON, DC 20036
_____

TELEPHONE: (202) 454-2809
FACSIMILE :(202) 293-4827
E-MAIL: ZAIDMS@AOL.COM

April 4, 2007

<u>VIA FACSIMILE</u>

John McPherson, Esq.
Office of General Counsel
Central Intelligence Agency
Washington, D.C. 20505

Re: <u>John Sullivan v. Central Intelligence Agency</u> Civil Action No. 07-____ (D.D.C.)

Dear Mr. McPherson:

    My assigned security officer, Tom S., provided you as a point of contact in the above matter.

    As you know, my client, John Sullivan, is a former employee of the CIA, and I have not executed a non-disclosure/secrecy agreement pertaining to his dispute with your Agency that relates to the forthcoming publication of his book <u>Gatekeeper: Memoirs of a CIA Polygraph Examiner</u> (Potomac Books, 2007). Nor, as I previously notified the Office of General Counsel, do I intend to do so in any case I handle involving current/former overt CIA employees unless I am actually provided authorized access to classified information. Otherwise the execution of such a document is completely unnecessary. More importantly, your Agency has amply demonstrated throughout the years that it will not hesitate to abuse the classification process in order to gain a litigation advantage.

    Since I have not executed a non-disclosure secrecy agreement I am under no legal or other type of obligation to submit documents to the Agency for classification review prior to a court filing. Nevertheless, because I do take the matter of national security quite seriously and at no time do I wish for properly classified information to be inadvertently (and certainly not intentionally) released, I recently voluntarily provided the Agency with an advance copy of Mr. Sullivan's substantive Complaint so that it could be reviewed for classification purposes.

    To my surprise I was notified that the CIA *refused* to review this document for classification purposes. The apparent reason was that I had not executed a non-disclosure/secrecy agreement. I was additionally reminded that Mr. Sullivan would be held accountable for any unauthorized disclosures he made that were not subject to prepublication review. Such a position inexplicably demonstrates the disingenuousness of the Agency's motivations towards the protection of classified information. That your Agency would rather risk the potential disclosure of

"classified" information when faced with a voluntary, instead of a mandatory, submission speaks volumes. The hypocrisy of the Agency's attitude towards the classification process and the disdain it openly exemplifies towards its former or current employees, as well as their legal counsel, who dare challenge its' decisions stands unique among federal agencies. This conduct discredits any professionalism or credibility the Agency otherwise desires to display, whether publicly or privately.

For your information the document in question was created not by Mr. Sullivan but by legal counsel who relied upon Agency-released unclassified documentation surrounding Mr. Sullivan's security clearance investigation, as well as information contained in Mr. Sullivan's published book Of Spies and Lies: A CIA Lie Detector Remembers Vietnam (University Press of Kansas, 2002).

Mr. Sullivan has not provided me with any classified information, and he is well aware of his lawful obligations to the U.S. Government pursuant to the various secrecy agreements he has executed over the 31 years he devoted to government service.

This document will be placed into the Court record in Mr. Sullivan's case so that it, and the general public, is aware of the Agency's shameful tactics.

Sincerely,

/s/

Mark S. Zaid


cc: Senator John D. Rockefeller, IV
    Chairman, Senate Select Committee on Intelligence
  Senator Christopher S. Bond
    Vice Chairman, Senate Select Committee on Intelligence
  Congressman Silvestre Reyes
    Chairman, House Permanent Select Committee on Intelligence
  Congressman Peter Hoekstra
    Ranking Member, House Permanent Select Committee on Intelligence
  Congressman Henry A. Waxman
    Chairman, Committee on Oversight and Government Reform
  Congressman Tom Davis
    Ranking Member, Committee on Oversight and Government Reform
  John Sullivan
  Alan Cilman, Esq.