**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN F. SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-00685 (RWR) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, et al. ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO SET BRIEFING SCHEDULE

Plaintiff John F. Sullivan brought this action on April 5, 2007. On May 15, 2007, plaintiff served the complaint on defendant the Central Intelligence Agency (the "CIA"). The CIA has reviewed the Complaint, and in lieu of filing an answer, intends to file a motion to dismiss. To that end, the parties have conferred and propose the following briefing schedule:

The CIA shall file its motion on or before August 31, 2007.

Plaintiff shall file its response to the motion on or before September 30, 2007.

The CIA shall file its reply on October 30, 2007.

Wherefore, the parties respectfully request that this Court adopt the foregoing proposed briefing schedule.

Dated: July 11, 2007　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　PETER D. KEISLER
　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　JOHN TYLER
　　　　　　　　　　　　　　　　　　　　　Senior Trial Counsel


 /s/ Mark S. Zaid　　　　　　　　　　　　 /s/ Peter Bryce

MARK S. ZAID, Esq.　　　　　　　　　　　PETER BRYCE (NY and IL Bars)
D.C. Bar No. 440532　　　　　　　　　　　Trial Attorney
MARK S. ZAID, P.C.
1250 Connecticut Avenue, N.W.　　　　　　United States Department of Justice
Suite 200　　　　　　　　　　　　　　　　Civil Division, Rm. 6138
Washington, D.C. 20036　　　　　　　　　20 Massachusetts Ave, NW
Telephone: (202) 454-2809　　　　　　　　Washington, D.C. 20530
Fax: (202) 330-5610　　　　　　　　　　　Telephone: (202) 616-8335
E-mail: ZaidMS@aol.com　　　　　　　　　Fax: (202) 616-8470
　　　　　　　　　　　　　　　　　　　　　E-mail: Peter.Bryce@usdoj.gov

*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*Counsel for Federal Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN F. SULLIVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:07-cv-00685 (RWR) |
| CENTRAL INTELLIGENCE AGENCY, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PROPOSED ORDER**

The parties' Joint Motion to Establish a Briefing Schedule is hereby GRANTED. The briefing schedule proposed in the parties' joint motion is hereby adopted, and it is ORDERED that:

The CIA shall file its motion on or before August 31, 2007.

Plaintiff shall file its response to the motion on or before September 30, 2007.

The CIA shall file its reply on October 30, 2007.

DATED: _____

                                                                            Honorable Richard W. Roberts
                                                                            United States District Judge