**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN SULLIVAN * | |
| * | |
| Plaintiff, * | |
| * | Civil Action No: 07-0685 (RWR) |
| v. * | |
| * | |
| CENTRAL INTELLIGENCE AGENCY * | |
| et al. * | |
| * | |
| Defendants. * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR EXTENSION OF TIME**

NOW COMES the plaintiff John Sullivan, by and through his undersigned counsel, to respectfully move the Court for an extension of time of to on or before Monday, November 5, 2007, in which to either file or submit his response for classification review to the defendants' Motion to Dismiss.[1] The present due date is October 1, 2007. This is the first request for an extension of time.

The defendants' motion was filed on August 31, 2007. The undersigned counsel was engaged until September 6, 2007, in an article 32 proceeding at Camp Pendleton Marine Corp Base in the Haditha prosecution where he served as civilian defense counsel for a Staff Sergeant facing 18 counts of murder. Written submissions in the case were filed on September 21, 2007. Additionally, counsel was responsible for, among other things (including time off for the Jewish holidays), participating in more than one dozen depositions during September 7 – 27, 2007 in <u>German v. Bethesda Fire Department et al.</u>, Civil Action No. PJM-05-CV-494 (D.Md) and <u>Ward v. Department of Justice</u>, DC-0752-

---

[1] The plaintiff, as a former CIA employee, is required to submit any documentation concerning his activities with the Agency for prepublication review in order to ensure no classified information is inadvertently released. Additionally, plaintiff's counsel, depending upon further consideration of the case, may also face a similar requirement. Therefore, certain documents associated with the filing may first require a classification review and, as a result, the "deadline" date may not actually constitute an actual filing with the Court of the plaintiff's response. After receiving approval from the CIA that no classified information is at issue, plaintiff's counsel can file the document via ECF.

07-0632-I-1 (MSPB), as well as oral arguments that were held on September 28, 2007, in <u>Wuterich v. Murtha</u>, Civil Action No. 06-1366 (D.D.C.)(RMC).

 Plaintiff's counsel has discussed this request with counsel for the defendant and he has consented to this request. Defendants' counsel has also requested that the filing date for his reply be 30 days following the actual filing of the plaintiff's response, regarding which the plaintiff certainly consents. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:  September 29, 2007

                Respectfully submitted,

                /s/
                _____
                Mark S Zaid, Esq.
                D.C. Bar #440532
                Mark S. Zaid, P.C.
                1250 Connecticut Avenue, N.W.
                Suite 200
                Washington, DC 20036
                (202) 454-2809
                (202) 330-5610 fax
                ZaidMS@aol.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN SULLIVAN | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No: 07-0685 (RWR) |
| v. | * | |
| | * | |
| CENTRAL INTELLIGENCE AGENCY et al. | * | |
| | * | |
| | * | |
| Defendants. | * | |

* * * * * * * * * * * *

**ORDER**

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of October 2007,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff has up to or before November 5, 2007, to submit his responsive documents to the CIA for classification review; and

FURTHER ORDERED, that the defendants shall have 30 days from the time plaintiff's response is filed with the Court to submit any further responsive document.

_____
UNITED STATED DISTRICT JUDGE