**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN F. SULLIVAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 1:07-cv-00685 (RWR) |
| CENTRAL INTELLIGENCE AGENCY, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**UNOPPOSED MOTION OF DEFENDANTS CIA AND MICHAEL V. HAYDEN TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants Central Intelligence Agency and Michael V. Hayden (collectively, the "defendants") hereby request that the Court extend the time to respond to plaintiff's First Amended Complaint. Specifically, defendants seek to be placed on the same response schedule as the newly named defendant, the United States Department of Justice ("DOJ"). Good cause exists to grant the unopposed extension, as stated below:

1.  On August 31, 2007, defendants moved to dismiss plaintiff's complaint.

2.  On October 4, 2007, the Court granted a motion by plaintiff to extend the time to file a responsive document, granting him until November 5, 2007, to respond to the motion to dismiss, and stating that defendants shall have thirty days thereafter to submit any further responsive document. On November 5, 2007, plaintiff responded to the motion to dismiss by filing the First Amended Complaint. Accordingly, pursuant to the Court's October 4 Order, defendants currently have until December 5, 2007, to answer or otherwise respond to plaintiff's responsive filing, the First Amended Complaint.

3.      Among other things, plaintiff's First Amended Complaint seeks to add the DOJ as a defendant in this action. The DOJ, however, has not yet been served in this action. Assuming DOJ is properly served, its answer or response to the First Amended Complaint would be due sixty days after service of the new pleading on the United States attorney. See Fed. R. Civ. P. 12(a)(3)(A).

4.      Accordingly, Defendants CIA and Michael V. Hayden seek an extension that would allow their answer/response to the First Amended Complaint to be due when the answer/response of putative defendant DOJ is due under the federal rules. Such an extension is warranted because it would avoid piecemeal litigation, duplicative filings, and waste of resources by the parties and the Court. The newly added claims against putative defendant DOJ overlap significantly with several claims against the CIA. Because of the common issues, and because defendants believe it is likely that they will file a dispositive motion in lieu of an answer, it makes sense for defendants to file a single consolidated response together with putative defendant DOJ after service is effected.

5.      The undersigned has discussed the relief sought in this Motion with counsel for the Plaintiff, who has indicated that he consents to such relief.

6.      Wherefore, the defendants respectfully request that the Court extend their time to answer or respond to the First Amended Complaint so that their answer or other response is due when the answer/response of putative defendant DOJ becomes due under the federal rules, and in any event, not later than January 31, 2008.

Dated: November 8, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

JOHN TYLER
Senior Trial Counsel


 /s/ Peter Bryce

PETER BRYCE (NY and IL Bars)
Trial Attorney

United States Department of Justice
Civil Division, Rm. 6138
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone:  (202) 616-8335
Fax:  (202) 616-8470
E-mail: Peter.Bryce@usdoj.gov

*Counsel for Federal Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JOHN F. SULLIVAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:07-cv-00685 (RWR) |
| CENTRAL INTELLIGENCE AGENCY, et al. | ) ) |
| Defendants. | ) ) |

**PROPOSED ORDER**

The Unopposed Motion of Defendants Central Intelligence Agency and Michael V. Hayden (the "Defendants") to Extend Time to Respond to Plaintiff's First Amended Complaint is hereby GRANTED. Defendants shall file their answer or other response to the First Amended Complaint on the date that the answer or response of putative defendant Department of Justice becomes due under the Federal Rules of Civil Procedure, and in any event, not later than January 31, 2008.

DATED: _____

　　　　　　　　　　　　　　　　　　　Honorable Richard W. Roberts
　　　　　　　　　　　　　　　　　　　United States District Judge