# United States District Court
# For the District of Columbia

JOHN F. SULLIVAN )
      Plaintiff(s) )  **APPEARANCE**
                )
                )
      vs. ) CASE NUMBER 07-00685 (RWR)
CENTRAL INTELLIGENCE AGENCY, )
      et al. )
      Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Bradley P. Moss   as counsel in this
                                         (Attorney's Name)

case for:   John F. Sullivan
              (Name of party or parties)

1/31/08
Date

*Signature* (Bradley P. Moss)

Bradley P. Moss
Print Name

1250 Connecticut Avenue, NW Ste. 200
Address

Washington   DC   20036
City   State   Zip Code

975905
BAR IDENTIFICATION

(202) 907-7945
Phone Number