# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN SULLIVAN * | |
| * | |
| Plaintiff, * | |
| * | Civil Action No: 07-0685 (RWR) |
| v. * | |
| * | |
| CENTRAL INTELLIGENCE AGENCY * | |
| et al. * | |
| * | |
| Defendants. * | |

* * * * * * * * * * * *

## PLAINTIFF'S CONSENTED-TO MOTION FOR EXTENSION OF TIME

NOW COMES the plaintiff John Sullivan, by and through his undersigned counsel, to respectfully move the Court for an extension of time of fourteen days to on or before Thursday, March 27, 2008, in which to submit his response to the defendants' Motion to Dismiss for classification review.[1] The present due date is March 13, 2008. This is the second request for an extension of time.

The defendants' motion was filed on January 31, 2008. Last month the plaintiff requested and obtained an extension of time primarily, among numerous other reasons, due to his counsel's service as the senior civilian defense counsel in the Marine criminal prosecution of U.S. v. Wuterich which arose out of the deaths of 24 alleged civilians in Haditha, Iraq on November 19, 2005. Plaintiff's counsel went to Camp Pendleton on February 12, 2008, in preparation for a trial date of March 3, 2008. That date was then moved to March 10, 2008, and was just recently suspended indefinitely due to a pending appeal by the Government to the Navy-Marine Corps Court of Criminal Appeals.

---

[1] The plaintiff, as a former CIA employee, is required to submit any documentation concerning his activities with the Agency for prepublication review in order to ensure no classified information is inadvertently released. Additionally, plaintiff's counsel, depending upon further consideration of the case, may also face a similar requirement. Therefore, certain documents associated with the filing may first require a classification review and, as a result, the "deadline" date may not actually constitute an actual filing with the Court of the plaintiff's response. After receiving approval from the CIA that no classified information is at issue, plaintiff's counsel can file the document via ECF.

As a result, the undersigned recently returned to D.C. However, the expectation that time would permit other cases to be worked upon during trial preparation turned out to be too optimistic as 12-15 hour work days simply were not conducive to comply with multiple deadlines. Counsel is now engaged in coordinating several deadlines in cases that were temporarily placed on hold (as well as continuing his pre-trial motions and preparation in the Wuterich case).

Additionally, counsel is out-of-town from March 6-10, 2008, for a previously scheduled 94th birthday party of his grandma (which was originally to be missed but now attendance is possible). Thus, a short further extension of two weeks is sought to enable attention to this case. No further extensions are anticipated absent some unforeseen emergency.

Plaintiff's counsel has discussed this request with counsel for the defendants and he has consented to this request. The defendants have requested 30 days in which to submit their response to plaintiff's submission, and the plaintiff consents to this request. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date: March 10, 2008

                                          Respectfully submitted,

                                          /s/
                                     _____

                                     Mark S Zaid, Esq.
                                     D.C. Bar #440532
                                     Mark S. Zaid, P.C.
                                     1250 Connecticut Avenue, N.W.
                                     Suite 200
                                     Washington, DC 20036
                                     (202) 454-2809
                                     (202) 330-5610 fax
                                     ZaidMS@aol.com

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOHN SULLIVAN | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No: 07-0685 (RWR) |
| v. | * | |
| | * | |
| CENTRAL INTELLIGENCE AGENCY | * | |
| et al. | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of plaintiff's Consented-To Motion for Extension of Time, and it appearing that the relief prayed is just and appropriate, it is this _____ day of March 2008,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff has up to or before March 27, 2008, to submit his responsive documents to the CIA for classification review, if necessary, and to file it via ECF on or before that date or upon approval by the CIA; and

FURTHER ORDERED, that the defendants shall have 30 days from the date the plaintiff's response is filed via ECF to submit their responsive document.

_____
UNITED STATED DISTRICT JUDGE