UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHN F. SULLIVAN | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 07-00685 (RWR) |
| | * | |
| CENTRAL INTELLIGENCE AGENCY et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S CONSENTED-TO MOTION FOR
EXEMPTION FROM LOCAL RULE 7(e) PAGE LIMITATIONS**

Plaintiff John F. Sullivan ("Sullivan"), by and through his undersigned counsel, seeks leave from this Court to exceed the page limitation of forty-five pages set by LCvR 7(e) by no more than ten pages.

This case presents multiple counts arising from the exercising of First Amendment rights that implicates the Constitution, the Privacy Act, the Administrative Procedures Act and various other regulations, including allegations of retaliation by a former employee of the defendant Central Intelligence Agency ("CIA"). The CIA filed a Motion to dismiss the underlying lawsuit on January 31, 2008. Defendant's Motion to Dismiss First Amended Complaint (Dkt No. 9). Sullivan's response is due to be filed, or submitted for classification review, by on or before March 27, 2008.

The exemption for the page limitation is sought for Sullivan's Opposition to Defendant's Motion to Dismiss First Amended Complaint. As the brief is in the process of being draft it is becoming apparent that in order to properly respond Sullivan requires a few extra pages to set forth relevant facts of the case and proffer accompanying legal arguments. No more than ten pages will be used, and all efforts will be made to minimize any use of additional pages.

2

    Plaintiff's counsel has discussed this request with counsel for the defendants and he has consented to this request. The granting of this motion shall not result in the continuance of any hearing, conference or trial. A proposed Order accompanies this Motion.

Date:   March 25, 2008

                                            Respectfully submitted,

                                            /s/

                                        _____
                                        Mark S. Zaid, Esq.
                                        DC Bar #440532
                                        Bradley P. Moss, Esq.
                                        D.C. Bar #975905
                                        Mark S. Zaid, P.C.
                                        1250 Connecticut Avenue, N.W.
                                        Suite 200
                                        Washington, D.C. 20036

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN F. SULLIVAN | * |
| Plaintiff, | * |
| v. | * Case No. 07-00685 (RWR) |
| CENTRAL INTELLIGENCE AGENCY et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of plaintiff's Consented-To Motion for Exemption from Local Rule 7(e) Page Limitations, and it appearing that the relief prayed is just and appropriate, it is this _____ day of March 2008,

ORDERED, that plaintiff's Motion is granted; and

FURTHER ORDERED, that the plaintiff may exceed LCvR 7(e) for his responsive filing to Defendant's Motion to Dismiss First Amended Complaint by no more than ten (10) pages.

_____
UNITED STATED DISTRICT JUDGE