**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHN F. SULLIVAN | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 07-00685 (RWR) |
| | * |
| CENTRAL INTELLIGENCE AGENCY | * |
| et al., | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), the Parties hereby jointly stipulate to the dismissal with prejudice of the above-captioned case. The parties will bear their own fees and costs.

Date:   July 29, 2009

Respectfully submitted,

| | |
|---|---|
| /s/ | TONY WEST |
| _____ | Assistant Attorney General |
| Mark S. Zaid, Esq. | |
| DC Bar #440532 | CHANNING D. PHILLIPS |
| Mark S. Zaid, PC | Acting United States Attorney |
| 1250 Connecticut Avenue, N.W. | |
| Suite 200 | |
| Washington, D.C. 20036 | /s/Peter Bryce |
| (202) 454-2809 | _____ |
| Mark@MarkZaid.com | ELIZABETH SHAPIRO (DC Bar 418925) |
| | PETER BRYCE (NY and IL bars) |
| | Trial Attorney |
| | United States Department of Justice |
| | Civil Division, Rm. 7138 |
| | 20 Massachusetts Avenue, N.W. |
| | Washington, D.C. 20530 |
| | Tel: (202) 616-8335 |
| | Fax: (202) 616-8460 |
| | Peter.Bryce@usdoj.gov |